## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JOEY CANDELARIA,

    Plaintiff,

v.

                              No. 1:22-cv-00905-KWR-SCY

BERNALILLO COUNTY
METROPOLITAN DENTEION
CENTER, *et al*,

    Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal (**Doc. 6**) filed **April 3, 2023**, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                                    **KEA W. RIGGS**
                                                    **UNITED STATES DISTRICT JUDGE**